IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

| | |
|---|---|
| LAKISHA BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFO. SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 1:21-cv-01954-ELH |

### NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby notifies the Court that Plaintiff Lakisha Brown and Experian have reached a settlement in principle as to Plaintiff's allegations against Experian, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Experian. Plaintiff's claims as to the remaining Defendants remain before the Court. Experian requests that the Court vacate all pending deadlines in this matter as to Experian only. Experian also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: March 22, 2022

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By: _____/s/ Joy C. Einstein_____
    Joy C. Einstein, Bar No. 19325
    12505 Park Potomac Avenue, 6th Floor
    Potomac, Maryland 20854
    Telephone: (301) 945-9250
    Facsimile: (301) 230-2891
    E-mail: jeinstein@shulmanrogers.com
    *Counsel for Defendant Experian Information*
    *Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of March, 2022, I served the foregoing when filed through the Court's CM/ECF system to all counsel of record.

                                                /s/ Joy C. Einstein
                                                Joy C. Einstein