IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**LAKISHA M. BROWN**

*Plaintiff*

v.                                                          CASE NO. 1:21-cv-01954-ELH

**TRANS UNION, LLC, ET AL.**

*Defendants.*

## ORDER

Upon consideration of the Stipulation of Dismissal as to Defendant Experian Information Solutions, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant Experian having consented thereto, it is hereby

**ORDERED** that the action against Experian is dismissed, *with prejudice.*

IT IS SO ORDERED.

Date: April 19th, 2022

_____
The Honorable Ellen L. Hollander
United States District Court